**FILED**
MAY 1 3 2013
Clerk, U.S. District and
Bankruptcy Courts

(01/11)

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

IN RE: <u>Jerome J. Candy and Carol Jagdeo,</u>)            Case No.: <u>95-00775</u>
                                   Debtor.  )              (Chapter  7)

APPLICATION FOR RELEASE OF UNCLAIMED FUNDS PURSUANT
TO 28 U.S.C. § 2042 AND BANKRUPTCY RULE 3011
AND NOTICE OF OPPORTUNITY TO OPPOSE THE APPLICATION

Pursuant to 28 U.S.C. § 2042 and Federal Rule of Bankruptcy Procedure 3011, Valorie Golin, on behalf of Capital One, Applicant, reports as follows:

    1. Application is hereby made for unclaimed funds that are owed to the Applicant in this case in the amount of $412.34.  These funds were deposited into the Registry of the Court pursuant to 11 U.S.C. § 347 after a check to Capital One for the sum was not cashed.

    2. The reason why the funds went unclaimed is that <u>we were unaware debtor deposited the funds into Court.</u>

    3. The Applicant certifies that the Applicant is the entity entitled to a return of the unclaimed funds. If the payee on the check was a creditor in the case, the claim of the creditor has not been satisfied from other sources, and the amount of the claim that remains unpaid is equal to or exceeds the amount of the unclaimed funds.

    4. An account record regarding amounts owed on the debt:
        [ ] was not maintained;
        [x] was maintained and a copy of the page stating the balance currently owed is attached hereto;
        [ ] was maintained but is unavailable because _____

_____
_____
        but I can certify that the debt remains unpaid because _____
_____
_____
_____

    5. I have attached hereto _____ page(s) (if any) further explaining my
(01/11)

RECEIVED
Mail Room
MAY 1 3 2013
Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia

Application and _____ page(s) of documents in support of this Application[1]. Each document is a true copy of a genuine document. I am additionally **separately filing** a *Statement of Social Security Number or Taxpayer Identification Number in Support of Application for Release of Unclaimed Funds.*

    6. The Applicant requests that the said unclaimed funds be returned to:
Capital One, c/o Valorie Golin
301 West 11th Street
Wilmington, DE 19801

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of May, 2013

Signature: _____

Telephone No.: 302-255-3075  Printed Name: Valorie Golin

---

[1] See the instructions contained in the court website's Information Regarding Unclaimed Funds for the documents that must accompany application.

(01/11)

**NOTICE IS HEREBY GIVEN THAT ANY OBJECTION TO THIS APPLICATION MUST BE FILED WITHIN 21 DAYS AFTER THE DATE OF SERVICE NOTED BELOW.**

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Application were mailed, postage prepaid, this 8th day of May, 2013, to:

Marc E. Albert, Trustee
Stinson Morrison Hecker LLP
1775 Pennsylvania Avenue, NW
Ste. 800
Washington, DC  20006

United States Attorney's Office
555 4th Street, N.W. - 5th Floor
Washington, DC 20001

Office of United States Trustee
115 South Union Street
Suite 210
Alexandria, VA 22314

_____
Signature

<u>Valorie Golin on behalf of Capital One</u>
Printed Name