The order below is hereby signed.

Signed: July 22 2013



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                                )
                                     )
JEROME J. CANDY and CAROL C.         )    Case No. 95-00775
JAGDEO,                              )    (Chapter 7)
                                     )
          Debtors.                   )

ORDER DENYING APPLICATION FOR RELEASE OF UNCLAIMED FUNDS

On June 20, 2013, the court issued an order directing Capital One to supplement its application for release of unclaimed funds. Capital One having failed to respond, it is

ORDERED that Capital One's application for release of unclaimed funds (Dkt. No. 326) is denied without prejudice.

[Signed and dated above.]

Copies to:

Capital One, c/o Valorie Golin
301 West 11th Street
Wilmington, DE 19801